**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LINN FARMS AND TIMBER                                                                    PLAINTIFF
LIMITED PARTNERSHIP

v.                                        No. 4:09CV00663 JLH

UNION PACIFIC RAILROAD COMPANY and
CHESAPEAKE EXPLORATION, LLC,
successor by merger to Chesapeake
Exploration Limited Partnership                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Union Pacific Railroad Company and Chesapeake Exploration, LLC, on the claim of Linn Farms and Timber Limited Partnership. The complaint of Linn Farms and Timber Limited Partnership is dismissed with prejudice.

IT IS SO ORDERED this 25th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE